IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**vs.**                                **CASE NO.: 4:05-CR-007-SPM**

**REBECCA WADE,**

        **Defendant.**

_____/

**ORDER CONTINUING VIOLATION HEARING**

        **THIS CAUSE** comes before the Court upon Defendant's "Motion to Continue Violation of Supervised Release Hearing" (doc. 10) filed May 17, 2006. Defendant requests a short continuance in order to receive and review discovery. The motion is unopposed by the Government. For good cause shown, it is

        **ORDERED AND ADJUDGED** as follows:

        1.    Defendant's Motion to Continue (doc. 10) is hereby *granted*.

        2.    The hearing is reset for **Monday, June 26, 2006** at **1:30pm** at the United States Courthouse in Tallahassee, Florida.

        **DONE AND ORDERED** this <u>nineteenth</u> day of May, 2006.

                                    *s/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    United States District Judge