IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**vs.**                                **CASE NO.: 4:05-CR-007-SPM**

**REBECCA WADE,**

    **Defendant.**

_____/

**ORDER CONTINUING VIOLATION HEARING**

    **THIS CAUSE** comes before the Court upon Defendant's "Second Motion for a Continuance" (doc. 16) filed June 23, 2006.  Defendant requests a continuance in order to review the State Attorney's case file which counsel anticipates receiving this afternoon.  The motion is unopposed by the Government.  For good cause shown, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    Defendant's Motion to Continue (doc. 16) is hereby *granted*.

    2.    The hearing is reset for ***Monday, July 17, 2006*** at ***1:30pm*** at the United States Courthouse in Tallahassee, Florida.

    **DONE AND ORDERED** this <u>twenty-third</u> day of June, 2006.

                            *s/ Stephan P. Mickle*
                            Stephan P. Mickle
                            United States District Judge